UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

GREGORY LEE DIXON,

        Petitioner,

    v.

BRIAN E. BELLEQUE,
Superintendent at OSP,

        Respondent

No. CV03-921-ST

OPINION AND ORDER

**MOSMAN, J.,**

Petitioner Gregory Lee Dixon, a state prisoner, seeks a writ of habeas corpus under 28 U.S.C. § 2254 alleging ineffective assistance of counsel in violation of the Sixth and Fourteenth Amendments. On May 27, 2005, the magistrate judge recommended that the petition be denied. Petitioner timely objected to this recommendation, as well as to the magistrate judge's findings that the state court's decision was not "contrary to, nor an unreasonable application of, clearly established federal law" and that petitioner failed to satisfy the requirements for a federal evidentiary hearing. This court has conducted a *de novo* review, 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b), and ADOPTS the Findings and Recommendation as its own opinion.

        IT IS SO ORDERED.

        DATED this 6th day of September, 2005.

                /s/ Michael W. Mosman
                MICHAEL W. MOSMAN
                United States District Judge